971 A.2d 488

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darian LUCAS, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Motion for Appointment of Counsel and Petition for Allowance of Appeal are hereby **DENIED.**